IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CR-9-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALEJANDRO SANDOVAL, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with Fed. R. Crim. P. 32.1(a)(5), this matter came before this court for a preliminary examination regarding the government's petition on Defendant's supervised release [DE-3], and for a hearing on the government's motion to detain Defendant pending further proceedings. In its petition the government alleged Defendant violated the conditions of his supervised release by committing criminal conduct.

At the hearing the government presented the testimony of Sergeant Trent Lewis of the Bladen County Sheriff's Office. Defendant presented the testimony of Defendant's mother, Evelia Long, as a proposed third-party custodian. The court considered the hearing testimony, the government's motion and argument by counsel. The court found that the credible information presented by the government establishes probable cause to support the allegations contained in the motion to revoke supervised release.

The court has by separate order set conditions of Defendant's release.

SO ORDERED, the 24th day of March 2023.

Robert B. Jones, Jr.,
United States Magistrate Judge